UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2432

JOSEPH M. ANDERSON,

Plaintiff - Appellant,

versus

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap. James P. Jones, Chief District Judge. (CA-03-70)

Submitted: June 13, 2005                    Decided: July 5, 2005

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph E. Wolfe, Norton, Virginia, for Appellant. Donna L. Calvert, Regional Chief Counsel, Patricia M. Smith, Deputy Chief Counsel, Dina White Griffin, Assistant Regional Counsel, Philadelphia, Pennsylvania; John L. Brownlee, United States Attorney, Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph M. Anderson appeals the district court's order affirming the Commissioner's decision to deny him Social Security Disability and Supplemental Security Income benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Anderson v. Commissioner, No. CA-03-70 (W.D. Va. Sept. 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED